**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 5, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

AGNES MUKANTAGARA; EBENEZER SHYAKA,

Plaintiffs - Appellants,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CRABTREE, USCIS Field Office Director, Salt Lake City; EVA RUPP, USCIS District Office Director, Denver; JOSEPH B. EDLOW, Director,

Defendants - Appellees.

------------------------------

INTERNATIONAL REFUGEE ASSISTANCE PROJECT,

Amicus Curiae.

No. 24-4071
(D.C. No. 2:20-CV-00897-RJS)
(D. Utah)

---

# JUDGMENT

---

Before **TYMKOVICH**, **PHILLIPS**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk